UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL EUGENE SHAW,<br><br>    Plaintiff,<br><br>v.<br><br>THE WINFIELD GROUP, et al.,<br><br>    Defendants. | Case No.18-cv-06703-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Cecil Shaw filed the present action on November 5, 2018. Dkt. No. 1. Pursuant to General Order 56, the parties' last day to conduct a joint site inspection was February 19, 2019, and Mr. Shaw's last day to file a notice of need for mediation was April 2, 2019. Dkt. No. 5. Mr. Shaw did not file a notice of need for mediation, nor did he seek relief from that deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Shaw is directed to file a written response to this order by **April 9, 2019** and to appear before the Court on **April 16, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why his claims should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 3, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge